UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE C. COSTALES, | ) | Case No. CV 11-74 JC |
| Petitioner, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| | ) ) | |
| KAMALA D. HARRIS, et al., | ) ) ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: April 30, 2012

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1